IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LAWRENCE RAY GRANT, § | |
| Petitioner, § | |
| § | |
| v. § | 2:14-CV-0064 |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Before this Court is a petition for a federal writ of habeas corpus filed by petitioner LAWRENCE RAY GRANT. On April 1, 2014, the United States Magistrate Judge issued a Report and Recommendation recommending petitioner's habeas petition be dismissed for lack of subject matter jurisdiction due to petitioner's failure to obtain permission from the United States Court of Appeals for the Fifth Circuit to file a second or successive petition.[1] On April 11, 2014, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge noted dismissal was appropriate rather than transferring the case to the Court of Appeals because transfer would only involve the expenditure of additional judicial resources on a case in which the underlying claims have twice been dismissed as time barred.